FILED
2009 Sep-24 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOSE GONZALEZ-TABLADA,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **CASE NO. CV 5:09-cv-0615-SLB** |
| } | |
| **BELLSOUTH TELECOM-** } | |
| **MUNICATIONS, INC., d/b/a AT&T;** } | |
| **TRANS UNION, L.L.C.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

This case is before the court on the Joint Stipulation of Dismissal With Prejudice filed by the plaintiff and defendants BellSouth TeleCommunications, Inc. d/b/a AT&T Alabama and Trans Union, LLC on September 24, 2009.  (Doc. 31.)[1]  The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE.**  Costs are taxed as paid.

**DONE**, this the 24th day of September, 2009.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]  Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.